# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133853(31)


ANNE HARRIER and PAUL HARRIER,
      Plaintiffs-Appellees.

v

OAKWOD SKILLED NURSING CENTER-
TRENTON and OAKWOOD SKILLED
NURSING CENTER-TRENTON Corporate
Assumed Name for BALMORAL, INC., and
BALMORAL, INC.
      Defendants-Appellants.
_____

SC: 133853
CoA: 273729
Wayne CC: 05-0520445-NO

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2007

Clerk